No. 178.   STATE TAX COMMISSION OF UTAH *v.* PACIFIC STATES CAST IRON PIPE CO.   Supreme Court of Utah. Certiorari granted.   *A. Pratt Kesler,* Attorney General of Utah, and *F. Burton Howard,* Assistant Attorney General, for petitioner.   *C. M. Gilmour* for respondent.

No. 180.   GENERAL DRIVERS, WAREHOUSEMEN & HELPERS, LOCAL UNION NO. 89, ET AL. *v.* RISS & COMPANY, INC. C. A. 6th Cir.   Certiorari granted.   *David Previant, Herbert S. Thatcher* and *Ralph H. Logan* for petitioners.

No. 229.   GUTIERREZ *v.* WATERMAN STEAMSHIP CORP. C. A. 1st Cir.   Certiorari granted.   *Harvey B. Nachman* for petitioner.   *Antonio M. Bird* for respondent.

No. 240.   MAXIMOV, TRUSTEE, *v.* UNITED STATES. C. A. 2d Cir.   Certiorari granted.   *D. Nelson Adams* and *John A. Reed* for petitioner.   *Solicitor General Cox* for the United States.

No. 271.   DAVIS, TRUSTEE, *v.* SOJA, INTERNAL REVENUE AGENT.   C. A. 7th Cir.   Certiorari granted.   *Walter J. Rockler* for petitioner.   *Solicitor General Cox* for respondent.

No. 288.   NATIONAL LABOR RELATIONS BOARD *v.* ERIE RESISTOR CORP. ET AL.   C. A. 3d Cir.   Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner.   *John C. Bane, Jr.* for Erie Resistor Corp., and *Benjamin C. Sigal* and *David S. Davidson* for International Union of Electrical, Radio and Machine Workers, respondents.